# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. CBD 14-2424** |
| | * | |
| **CAROL CONDREY,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ******* | |

# ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses the Criminal Complaint now pending against Defendant Carol Condrey.

                                      Rod J. Rosenstein
                                      United States Attorney

                                  By: /s/ Adam Ake
                                      Adam K. Ake
                                      Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of the above-captioned Complaint.

_____
Date

                                      Charles B. Day
                                      United States Magistrate Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:    1.  Defendant is not in custody.

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2015, a copy of the foregoing was electronically served on counsel of record for the Defendant, Timothy F. Maloney, Esq.

/s/ Adam Ake
Adam K. Ake
Assistant United States Attorney