3218 Huntersworth Way
Glenwood, Maryland 21738
May 4, 2015

Honorable William B. Connelly
Chief U.S. Magistrate Judge
U.S. District Court
6500 Cherrywood Lane
Greenbelt, Maryland 20770

Re: Passport Return
ICO: Carol Lovell Condrey
8:14-02424E

Dear Judge Connelly:

I have been advised by the court that the order holding my passport is no longer in effect. I have attached a copy of the notice sent to me.

I would respectfully request the return of my passport to me at the above address. Or, please advise if I need to pick up in person.

My phone number is 410-489-0816 should there be any questions.

I am very grateful for your assistance.

Very truly yours,

*Carol L. Condrey*

Carol L. Condrey

Enclosure